## William J. Duncan and Mary E. Duncan, his Wife, Appellants, *v.* A. & P. Roberts Company.

*Negligence—Master and servant—Fellow-servant—Boss.*

The boss of a gang of reamers in a bridge shop of iron works is a fellow-servant of the workmen, and if one of the workmen be killed by the negligent action or orders of the boss, no recovery can be had against the employers.

Argued Jan. 18, 1900. Appeal, No. 366, Jan. T., 1899, by defendant, from order of C. P. No. 4, Phila. Co., June T., 1898, No. 554, refusing to take off nonsuit. Before GREEN, C. J., MITCHELL, DEAN, FELL, BROWN and MESTREZAT, JJ. Affirmed.

Trespass for death of plaintiffs' son.

At the trial it appeared that Robert Duncan, a workman of defendant, twenty years old, lost his life on April 4, 1898, by the fall of a pile of iron pillars and columns in defendant's bridge shop. The evidence did not show that the shop was inadequate, or was unduly crowded. The gang of workmen in which the deceased worked was under the direction of the boss of the reamers. The evidence on behalf of the plaintiffs tended to show that the accident was caused by the negligent actions and orders of the boss.

The court entered a compulsory nonsuit which it subsequently refused to take off.

*Error assigned* was refusal to take off nonsuit.

*George Thorn Hunsicker*, with him *Joseph W. Hunsicker* and *Charles Hunsicker*, for appellants.

Richard P. White, for appellee.

PER CURIAM, February 5, 1900:

We fail to discover in this case any negligence producing the accident other than the negligence of coemployees, for which there can be no recovery against the employer.

Judgment affirmed.